Dismissed and Memorandum Opinion filed August 21, 2003









Dismissed and Memorandum Opinion filed August 21,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00252 -CR

____________

 

ANTHONY DESHVIN WORD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal Court at Law No. 
1

 Harris County,
Texas

Trial Court Cause No. 
1137403

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a conviction for possession of a
controlled substance.

On August 11, 2003, appellant filed a motion to withdraw his
notice of appeal because appellant no longer desires to prosecute the
appeal.  The motion includes a request
for dismissal of the appeal, signed by appellant.  See Tex.
R. App. P. 42.2.  Appellant
further requests that mandate issue immediately. No opinion has been issued in
this case.  The motion is granted.








Accordingly, the appeal is ordered dismissed, and mandate is
ordered issued immediately.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 21, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.

Tex. R. App. P. 47.2(b).